# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

### CIVIL MINUTES - GENERAL

| Case No. | CV 17-6598 MRW | Date | September 15, 2017 |
|---|---|---|---|
| Title | Anderson v. USA | | |

| Present: The Honorable | Michael R. Wilner |
|---|---|

| Veronica Piper | None |
|---|---|
| Deputy Clerk | Court Smart / Reporter |

| Attorneys Present for Plaintiff: | Attorneys Present for Defendant: |
|---|---|
| None Present | None Present |

**Proceedings:**        (IN CHAMBERS) ORDER RE: DISMISSAL

    Plaintiff filed a notice to dismiss this case without prejudice. (Docket # 5.) This action is dismissed without prejudice.